UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Petitioner,<br><br>v.<br><br>ROBERT M. FORINGER,<br>　　　　Respondent. | )<br>)<br>)<br>)<br>)　　M.B.D. No. 03-10371-JLA<br>)<br>)<br>)<br>) |

## MOTION TO WITHDRAW PETITION
## TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

　　　The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons which was filed with this Court. This Court issued an Order to Show Cause for the respondent to appear before the Court on May 27, 2002 at 10:10 am.

　　　The petitioner now seeks to withdraw because the respondent has complied with the Internal Revenue Service Summons.

　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　MICHAEL J. SULLIVAN,
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　By:　/s/ Anton P. Giedt
　　　　　　　　　　　　　　　　　　ANTON P. GIEDT
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　John Joseph Moakley U.S. Courthouse
　　　　　　　　　　　　　　　　　　1 Courthouse Way - Suite 9200
　　　　　　　　　　　　　　　　　　Boston, MA  02210
　　　　　　　　　　　　　　　　　　(617) 748-3282

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the parties of record a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

      /s/ Anton P. Giedt  
ASSISTANT UNITED STATES ATTORNEY

Dated: May 26, 2004